# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MARK D. LIVINGSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:03CV00919 |
| | ) | |
| WYETH INC., BRUCE KAYLOS and DAVID McQUAIG, | ) ) | |
| | ) | |
| Defendants. | ) | |

## J-U-D-G-M-E-N-T

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that this action be, and the same hereby is, dismissed with prejudice.

/s/ P. Trevor Sharp
United States Magistrate Judge

Date: July 28, 2006